**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
In re:  Chapter 13
Germaine Gales
 Index No. 07-23005
Debtor,
_____x


## CONSENT ORDER

      I Germaine Gales, the Debtor herein, hereby consent to the withdrawal of Law Office of Shmuel Klein, PC and substitution of Joshua N. Bleichman as Attorney of Record in the above referenced cases.

Dated: Spring Valley, New York
      February 13, 2009          _____/s/_____
                                          Germaine Gales, Debtor

_____/s/_____          _____/s/_____
   Shmuel Klein                                    Joshua N. Bleichman

SO ORDERED AND APPROVED:

/s/ Adlai S. Hardin, Jr.
Hon Adlai S. Hardin Jr. USBJ

Dated: White Plains, New York
       March 3, 2009