Settlement/Hearing: May 12th, 2010
Time:  10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                        Chapter  13
                                              Case No.  07-23005 RDD
**GERMAINE GALES,**

                              **NOTICE OF SETTLEMENT**

               Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      **PLEASE TAKE NOTICE**, that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon.  Robert D. Drain, United States Bankruptcy Judge, on the 12th  day of  May, 2010  at 10:00 A.M.in the Judge's Chambers,  United States Bankruptcy Court,  300 Quarropas Street, White Plains, New York.

      **PLEASE TAKE FURTHER NOTICE ,** that Hearings on Objections, if any, to be conducted same place, date and time. Written objections or counterorders must be submitted to chambers by no later than close of  business *three (3) days prior* to settlement.

/Dated: White Plains, New York
       April 14th, 2010

      /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir  (JLS 0938)**
**Chapter 13 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Chapter 13 Tel. 914-328-6333**

**TO**:  United States Trustee
33 Whitehall Street
New York, New York 10004

Germaine Gales
4 Zabela Drive
New City, New York 10956

Joshua Bleichman, Esq.
Klein & Bleichman
268 Route 59
Spring Valley, New York 10017

Ocwen Loan Servicing, LLC
Bankruptcy Department
1661 Worthington Road # 100
West Palm Beach, Florida  33409

Bank of New York Trust Company
c/o Steven J. Baum, PC
220 Northpointe Parkway Suite G
Amherst, New York 14228

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                              Chapter 13
                                              Case No. 07-23005 RDD

**GERMAINE GALES,**

                              Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee having moved for an order dismissing this chapter 13 case; and upon the motion and the record of the hearing held on May 12, 2010, the Court having found that the above-captioned debtor has failed to comply with the provision of 11 U.S.C. § 1307 (c)(6) and the order confirming plan dated March 25, 2008 directing the debtor to remit monthly payments according to plan, and the debtor failing to comply therewith, and being, at this juncture, in material arrears with plan payments to the trustee, and there being a material default in this confirmed plan, and good cause appearing,

**IT IS ORDERED THAT:**

This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions required by the dismissal of this case.

Dated: White Plains, New York
       May                     , 2010

                                          _____
                                          **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                          Chapter 13
                          Case No. 07-23005 RDD

**GERMAINE GALES,**

                          **TRUSTEE'S AFFIDAVIT**

               Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK    )
COUNTY OF WESTCHESTER  )  ss.:

        Jeffrey L. Sapir, being duly sworn, deposes and says:

        1.        He is the standing Chapter 13 Trustee.

        2.        The debtor filed a Chapter 13 proceeding on October 18th, 2007.

        3.        The debtor failed to comply with the provisions of 11 U.S.C. §1307 (c) (6).

        4.        The debtor has failed to comply with the Order Confirming Plan dated March 25th, 2008, whereby the debtor must remit monthly payments to the trustee in the sum of $835.00 for 4 months and $945.00 for 56 months.

        5.        The debtor has paid the trustee to date the sum of $26,965.00.

        6.        The debtor is $19,090.00 in arrears in plan payments to the trustee.

        7.        There exists a material default in this confirmed plan.

        **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case, be signed.

                                                        /s/ Jeffrey L. Sapir

<div style="text-align: right"}>**Jeffrey L. Sapir**</div>

Sworn to before me this
14th day of April, 2010

/s/ Jody L. Kava
Jody L. Kava
Notary Public, State of New York
No. 4836806
Qualified in Westchester County
Term Expires: 10/31/13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE: Chapter 13
Case No. 07-23005 RDD

**GERMAINE GALES,**

        Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
COUNTY OF WESTCHESTER    )  ss.:

        Lois Rosemarie Esposito, being duly sworn, deposes and says:

        I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

        On April 14th, 2010, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**    United States Trustee
        33 Whitehall Street
        New York, New York 10004

        Germaine Gales
        4 Zabela Drive
        New City, New York 10956

        Joshua Bleichman, Esq.
        Klein & Bleichman
        268 Route 59
        Spring Valley, New York 10017

        Ocwen Loan Servicing, LLC
        Bankruptcy Department
        1661 Worthington Road # 100
        West Palm Beach, Florida 33409

Bank of New York Trust Company
c/o Steven J. Baum, PC
220 Northpointe Parkway Suite G
Amherst, New York 14228

        /s/ Lois Rosemarie Esposito
        **Lois Rosemarie Esposito**

Sworn to before me this
14th day of April, 2010

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires: 12/31/10